

COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

ELEANOR M. LACKMAN
212 974 7474 EXT 1958
ELackman@cdas.com

AILEEN ATKINS
FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
XAVIER J. CORREA
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
CAROLE E. HANDLER• ■
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
JANIS C. NELSON ■
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
LAURA E. SHER
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF•*†

ADAM BEASLEY
ALISON E. BENSIMON
KYLE A. BRETT
BRIANNA DAHLBERG ■
LINDSAY R. EDELSTEIN*
MIKAELA I. GROSS
DANIEL J. HALEY
BRIANA C. HILL ■
BENJAMIN JAFFE
BRITTANY L. KAPLAN
MARISSA B. LEWIS*
JONATHAN H. PERITZ*
SIMON N. PULMAN*○

OF COUNSEL:
ROBERT I. FREEDMAN

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
  (1943-2001)
HOWARD ABRAHAMS
  (1945-1996)

■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
• ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

October 17, 2017

**VIA ECF**

Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:     *Chin v. Lenntech Corp. et ano.*, 17-cv-7254 (ER) (SN);
        **Request to Extend Response Deadline**

Dear Judge Ramos:

We have been retained to represent defendants Lenntek Corporation (incorrectly named as Lenntech Corporation d/b/a Sonix) ("Lenntek") and Nordstrom, Inc. ("Nordstrom") in the above-captioned matter.  We write with the consent of plaintiff's counsel to extend the time for Nordstrom to answer, move, or otherwise respond to the Complaint in this action from its original due date of October 20, 2017, to November 27, 2017, which is the same date on which Lenntek's responsive pleading is due.  This is the first request for an extension in this action and, as no scheduling order has been entered, no dates will be affected by the proposed extension.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Eleanor M. Lackman*

Eleanor M. Lackman

cc:     All counsel of record (via ECF)